■ HARMON ASSOCIATES et al., Respondents, v PRIMERICA CORPORATION et al., Appellants.—Order, Supreme Court, New York County (Carmen Beauchamp Ciparick, J.), entered March 12, 1992, which, *inter alia,* denied in part defendants' motion for summary judgment dismissing the complaint and denied their motion to amend their answer to assert counterclaims, unanimously affirmed, without costs.

As is clear from the evidence, material questions of fact exist regarding plaintiffs' breach of contract cause of action and breach of fiduciary duty cause of action. Accordingly, summary judgment dismissing those causes of action was properly denied *(see, e.g., Millerton Agway Coop. v Briarcliff Farms,* 17 NY2d 57). In addition, we find that the IAS court did not abuse its discretion under the circumstances in denying defendants' motion to amend their answer to assert counterclaims on the ground of laches *(see, Smith v Sarkisian,* 63 AD2d 780, 781, *affd* 47 NY2d 878). Concur—Sullivan, J. P., Carro, Wallach, Kassal and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEIL CRABTREE, Appellant.—Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered December 12, 1990, convicting defendant after a jury trial of grand larceny in the fourth degree, and sentencing him to a term of imprisonment of 2 to 4 years, unanimously affirmed.

Viewing the evidence in a light most favorable to the prosecution *(People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932), we find that the verdict was not against the weight of the evidence *(People v Bleakley,* 69 NY2d 490). Upon our independent review of the evidence, we discern no basis to disturb the jury's determination of credibility or resolution of the competing inferences that might be drawn from that evidence. Concur—Sullivan, J. P., Carro, Wallach, Kassal and Rubin, JJ.